STATE OF NEW JERSEY, BY THE COMMISSIONER OF TRANSPORTATION v. TOWNSHIP OF SOUTH HACKENSACK, *ET AL.*

January 19, 1971. Petition for certification denied. (See 111 *N. J. Super.* 534).

STATE OF NEW JERSEY v. JOSE MORALES, *ET AL.*

January 19, 1971. Petition for certification denied. (See 111 *N. J. Super.* 521).

STATE OF NEW JERSEY v. JOSEPH LEE.

January 19, 1971. Petition for certification denied.

ROBERT L. LANZALOTTO, *ET AL* v.
JOSEPH HARTMAN, *ET AL.*

January 19, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ALFRED JASPER,
a/k/a ALFRED JASPER JOHNSON.

January 19, 1971. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF
JULIA PETO, DECEASED.

January 19, 1971. Petition for certification denied.